IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| HOMER E. PURDY III,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE N.A., MORTGAGE ELECTRONIC REGISTRATION SERVICE, *as Nominee for Metlife Home Loans, a division of Metlife Bank N.A., its Successors and Assigns*, ETITLE INSURANCE AGENCY, LUNDBERG & ASSOCIATES, RICHARD GUNNERSON, AND BRAD DEHANN,<br><br>Defendants. | **REPORT AND RECOMMENDATION**<br><br>Case No. 1:15-cv-00070-DN-EJF<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

On May 27, 2015, District Judge David Nuffer referred this case to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 2.) On June 19, 2015, Defendants eTitle Insurance Agency, Lundberg & Associates, Richard Gunnerson, and Brad DeHann (collectively, the "Trustee Defendants") moved to dismiss Plaintiff Homer E. Purdy III's Complaint against them for failure to state a claim. (ECF No. 3.) Mr. Purdy did not oppose the Motion. The Trustee Defendants filed a Request to Submit their Motion to Dismiss for Decision on July 30, 2015. (ECF No. 5.) Based on the reasons stated in the Trustee Defendants' Motion to Dismiss and the lack of opposition, the undersigned RECOMMENDS the District Court grant the Trustee Defendants' Motion to Dismiss, (ECF No. 3), without prejudice.

## RECOMMENDATION

For the reasons set forth above, the undersigned RECOMMENDS the District Court grant the Trustee Defendants' Motion to Dismiss without prejudice. The Court will send copies

of this Report and Recommendation to all parties, who are hereby notified of their right to object.

28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  The parties must file any objection to this

Report and Recommendation within fourteen (14) days of service thereof.  *Id.*  Failure to object

may constitute waiver of objections upon subsequent review.

      Dated this 31st day of July, 2015.

                                  BY THE COURT:

                                  _____
                                  EVELYN J. FURSE
                                  United States Magistrate Judge